Official Form 6 - Summary (10/06)

## United States Bankruptcy Court
## Northern District of Indiana

In re **The Lafayette Union Railway Company**      Case No. _____

Debtor      Chapter **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 3,000,000.00 | | |
| B - Personal Property | YES | 3 | $ 113,001.00 | | |
| C - Property Claimed as Exempt | YES | 0 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 5,800,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ 0.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 46,000.00 |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ 5,000.00 |
| TOTAL | | 11 | $ 3,113,001.00 | $ 5,800,000.00 | |

FORM B6A
(10/05)

In re: **The Lafayette Union Railway Company**                              Case No. _____
                                 **Debtor**                                              (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **300 acres located at US 52 and 350 S., Lafayette IN, see attached legal description** | | | **$3,000,000.00** | **$5,800,000.00** |
| | Total  ➤ | | **$3,000,000.00** | |
| | | | (Report also on Summary of Schedules.) | |

**PARCEL 1**
TRACT I

Part of the west half of the Northeast Quarter of Section 14, Township 22 North, Range 4 West, Wea Township, Tippecanoe County, Indiana, described as follows:

Commencing at an aluminum monument marking the northwest corner of said Northeast Quarter; thence North 89 degrees 29 minutes 53 seconds East (bearings based on NAD 83(86) coordinates published by the Tippecanoe County Surveyor's Office) along the north line thereof a distance of 918.79 feet to a 5/8 inch rebar with a yellow plastic cap stamped "SCHNEIDER FIRM #0001" (known hereinafter as a "TSC REBAR") at the Point of Beginning; thence North 89 degrees 29 minutes 53 seconds East along said north line a distance of 19.58 feet to a "TSC REBAR" on the centerline of the Cleveland, Cincinnati, Chicago and St. Louis Railroad; thence South 58 degrees 40 minutes 45 seconds East along said centerline a distance of 459.77 feet to a "TSC REBAR" on the east line of said west half; thence South 00 degrees 36 minutes 14 seconds East along said east line a distance of 395.40 feet to a "TSC REBAR" on a curve; thence southwesterly along said curve to the right (said curve having a radius of 999.98 feet, a chord length of 439.71 feet and a chord bearing of South 81 degrees 17 minutes 26 seconds West) an arc distance of 443.33 feet to a "TSC REBAR"; thence North 86 degrees 00 minutes 31 seconds West a

EXHIBIT

*A*

tabbies'

# Advantage Title, Inc.
### 250 Main Street
### Lafayette, IN 47901
### (765) 420-7730

**File Number:** <u>21040796</u>

distance of 438.53 feet to a "TSC REBAR"; thence North 34 degrees 12 minutes 17 seconds East a distance of 810.44 feet to the Point of Beginning, containing 9.09 acres, more or less.

**TRACT II**

Part of the west half of the Northeast Quarter of Section 14, Township 22 North, Range 4 West, Wea Township, Tippecanoe County, Indiana, described as follows:

Beginning at a stone marking the northeast corner of the east half of said Northeast Quarter; thence South 00 degrees 36 minutes 14 seconds East (bearings based on NAD 83(86) coordinates published by the Tippecanoe County Surveyor's Office) along the east line thereof a distance of 242.44 feet to a 5/8 inch rebar with a yellow plastic cap stamped "SCHNEIDER FIRM #0001" on the centerline of the Cleveland, Cincinnati, Chicago and St. Louis Railroad; thence North 58 degrees 40 minutes 45 seconds West along said centerline a distance of 459.77 feet to a 5/8 inch rebar with a yellow plastic cap stamped "SCHNEIDER FIRM #0001" on the north line of said Northeast Quarter; thence North 89 degrees 29 minutes 53 seconds East along said north line a distance of 390.23 feet to the Point of Beginning, containing 1.09 acres, more or less.

**PARCEL 2**

**TRACT I**

A part of the Northwest quarter of Section Eleven (11), Township Twenty-two (22) North, Range Four (4) West, in Wea Township, Tippecanoe County, Indiana, being part of the Robert W. Brady property as described in Deed Record 78, page 5733, recorded September 29, 1978, in the office of the Tippecanoe County Recorder; and being designated as Net Tract as depicted on an ALTA/ACSM Land title Survey by John E. Fisher & Associates, PC, Commission No. 04.46.1 dated November 16, 2004, being more completely described as follows, to-wit:

Commencing at the Center of Section 11-22N-4W, said point being marked by a Berntsen A1NB Aluminum monument, thence along the West line of the Southeast quarter of said Section South 00° 53' 03" East 62.33 feet to a 5/8 inch rebar with a plastic cap stamped "FISHER P.C. 5092", hereinafter referred to as a Fisher capped rebar, on the south Right-of-Way line of County Road 350 South, as described in Document No. 93-09032, recorded May 4, 1993 in the Office of the Tippecanoe County Recorder, and the Point of Beginning of the herein-described tract; thence along said south Right-of-Way line, North 89° 55' 15" East 1296.49 feet to a Fisher capped rebar on the East line of the Wabash Valley Power Association (WVPA) property as described in Document No. 9817762, recorded July 10, 1998, in said Recorder's Office; thence along the bounds of said WVPA property the following four courses:
(1) South 00° 51' 31" East 1336.41 feet to a Fisher capped rebar;
(2) North 89° 54' 59" East 390.87 feet;
(3) South 00° 25' 42" East 404.00 feet to a Fisher capped rebar;
(4) North 89° 55' 00" East 527.19 feet to a Fisher capped rebar on the West line of the Lafayette Union Railway property as described in Document No. 9901198, recorded January 13, 1999, in said Recorder's Office; thence along said West line, South 00° 35' 52" East 863.84 feet to a ¾" rebar with an aluminum cap stamped "VESTER & ASSOC. FIRM #0004" on the South line of the Southeast Quarter of the Southeast Quarter of said section; thence along the South line of said Quarter-Quarter, South 89° 54' 50" West 877.81 feet to a Stone at the Southwest corner thereof; thence along the South line of the Southwest Quarter of the Southeast Quarter of said section, South 89° 29' 46" West 337.04 feet to a Fisher capped rebar on the northerly Right-of-Way of the Cincinnati, Indianapolis, St. Louis, and Chicago Railroad;

# Advantage Title, Inc.
### 250 Main Street
### Lafayette, IN 47901
### (765) 420-7730

File Number: 21040796

thence along said North Right-of-Way Line, North 58° 39' 16" West 1172.04 feet to a Fisher capped rebar on the West line of the Southeast Quarter of said section; thence along said West line, North 00° 53' 03" West 1995.74 feet to the point of beginning, containing 92.302 acres, more or less.

EXCEPT

A part of the southeast quarter of Section Eleven (11), Township Twenty-two (22) North, Range Four (4) West, Wea Township, Tippecanoe County, Indiana, described as follows:

Commencing at the Southwest corner of land described in a deed to Wabash Valley Power Association, recorded as Record #9817620; thence North 89°-55'-00" East along the south line of said land a distance of 144.91 feet to the Point of Beginning; thence continuing North 89°-55'-00" East along said south line a distance of 117.60 feet to the west line of an electric easement recorded in Deed Book 194, Page 13; thence South 00°-44'-36" East along said west line a distance of 340.34 feet; thence South 89°-15'-24" West a distance of 40.00 feet; thence North 00°-44'-36" West a distance of 234.56 feet; thence North 36°-39'-20" West a distance of 132.29 feet to the Point of Beginning, containing 0.41 acres, more or less.

TRACT II

Part of the east half of the Northeast Quarter of Section 14, Township 22 North, Range 4 West, Wea Township, Tippecanoe County, Indiana, described as follows:

Beginning at a stone marking the northwest corner of said east half; thence North 89 degrees 54 minutes 47 seconds East (bearings based on NAD 83(86) coordinates published by the Tippecanoe County Surveyor's Office) along the north line thereof a distance of 1316.58 feet to an aluminum monument marking the northeast corner of said Northeast Quarter; thence southwesterly along a curve to the left (said curve having a radius of 1001.17 feet, a chord length of 598.03 feet and a chord bearing of South 73 degrees 08 minutes 04 seconds West) an arc distance of 607.30 feet to a 5/8 inch rebar with a yellow plastic cap stamped "SCHNEIDER FIRM #0001" (known hereinafter as a "TSC REBAR"); thence South 56 degrees 09 minutes 28 seconds West a distance of 491.62 feet to a "TSC REBAR" on the centerline of the Cleveland, Cincinnati, Chicago and St. Louis Railroad; thence North 58 degrees 40 minutes 45 seconds West along said centerline a distance of 390.26 feet to a "TSC REBAR" on the west line of said east half quarter section; thence North 00 degrees 36 minutes 14 seconds West along said west line a distance of 242.44 feet to the Point of Beginning, containing 6.25 acres, more or less.

TRACT III

Part of the east half of the Northeast Quarter of Section 14, Township 22 North, Range 4 West, Wea Township, Tippecanoe County, Indiana, described as follows:

Commencing at a stone marking the northwest corner of said east half; thence South 00 degrees 36 minutes 14 seconds East (bearings based on NAD 83(86) coordinates published by the Tippecanoe County Surveyor's Office) along the west line of said east half a distance of 242.44 feet to a 5/8 inch rebar with a yellow cap stamped "SCHNEIDER FIRM #0001" (known hereinafter as a "TSC REBAR") on the centerline of the Cleveland, Cincinnati, Chicago and St. Louis Railroad, being the Point of Beginning; thence South 58 degrees 40 minutes 45 seconds East along said centerline a distance of 390.26 feet to a "TSC REBAR"; thence South 56 degrees 09 minutes 28 seconds West a distance of 165.36 feet to a "TSC REBAR"; thence southwesterly on a curve to the right (said curve having a radius

# Advantage Title, Inc.
### 250 Main Street
### Lafayette, IN 47901
### (765) 420-7730

File Number: <u>21040796</u>

of 999.98 feet, a chord length of 216.57 feet and a chord bearing of South 62 degrees 22 minutes 24 seconds West) an arc distance of 216.99 feet to a "TSC REBAR" on the west line of said east half quarter section; thence North 00 degrees 36 minutes 14 seconds West along said west line a distance of 395.40 feet to the Point of Beginning, containing 1.57 acres, more or less.

## ALSO EXCEPT ALL THAT PORTION OF THE FOLLOWING DESCRIBED TRACTS PERTAINING TO PARCEL 2, DESCRIBED ABOVE:

Lots Numbered One (1) and Two (2) in Park 350 Subdivision Section 1 as set forth on the final plat thereof dated April 3, 2008 and recorded April 7, 2008 in Plat OR Book 8, Page 152 as Document No. 200808006379. Located in Wea Township, Tippecanoe County, Indiana.

ALSO EXCEPT Lots Numbered Three (3) and Four (4) in Park 350 Subdivision Section 2 as set forth on the final plat thereof dated July 24, 2009 and recorded August 28, 2009 in Plat Book 8, page 195 as Document No. 200909018905. Located in Wea Township, Tippecanoe County, Indiana.

## PARCEL 3
### TRACT I

Part of the Southeast Quarter of Section 12 together with a part of the Northeast Quarter of Section 13, Township 22 North, Range 4 West, Wea Township, Tippecanoe County, Indiana, more particularly described as follows:

Beginning at a Berntsen monument marking the southwest corner of the Southeast Quarter of Section 12; thence North 00°-40'-48" West along the west line of said Southeast Quarter section, 1130.54 feet to its intersection with the center line of the south bound lane of U.S.R. 52, per plans for project #74, dated 1941; thence traversing said center line the following three (3) courses: (1) South 40° 29' 31" East, 818.48 feet; thence (2) southeasterly along a curve to the right, with a radius of 264416.06 feet, through a central angle of 00° 13' 00", an arc distance of 999.90 feet; thence (3) South 40° 16' 31" East, 1423.12 feet; thence South 89° 58' 29" West, along the south line of the North Half of the Northeast Quarter of Section 13, a distance of 2069.39 feet to the west line of said Northeast Quarter section; thence North 00° 42' 19" West, along said west line, 1340.43 feet to the point of beginning. Containing 58.804 acres, more or less, of which 46.443 acres lie in the Northeast Quarter of Section 13, and 12.361 acres lie in the Southeast Quarter of Section 12.

The above bearings are based upon the eastern line of the Southeast Quarter of said Section 12 as bearing North 00° 29' 57" West.

### TRACT II

Part of the southwest quarter of Section Twelve (12) and part of the southeast quarter of Section eleven (11) in Township Twenty-two (22) North, Range Four (4) West, Wea Township, Tippecanoe County, Indiana, being depicted on a plat of survey by Vester and Associates, Inc., Job No. E-98124, more completely described as follows, to wit:

Commencing at the northwest corner of the southwest quarter of said Section 12-22-4, said point being marked by a Berntsen A1NB monument; thence along the west line of said quarter, South 00° 30' 12"

# Advantage Title, Inc.

250 Main Street
Lafayette, IN 47901
(765) 420-7730

File Number: 21040796

East a distance of 73.22 feet to the south line of the County of Tippecanoe property as described in Deed record 94-07925 in the office of the Tippecanoe County Recorder and the point of beginning of the herein described tract; thence along said south line, South 88° 43' 49" East a distance of 48.74 feet; thence along said south line, North 81° 23' 39" East a distance of 195.36 feet; thence South 00° 29' 57" East a distance of 278.21 feet; thence South 89° 59' 03" East a distance of 1080.78 feet to the east line of the west half of said quarter section; thence along said east line, South 00° 35' 31" East a distance of 2340.75 feet to ¾" rebar with an aluminum cap stamped "Vester & Assoc.", hereinafter referred to as a Vester capped rebar at the southeast corner of the west half of said quarter section; thence along the south line of said west half, South 89° 44' 32" West a distance of 1326.48 feet to a Berntsen A1NB monument at the southwest corner of said west half; thence crossing into the southeast quarter of Section 11-22-4 and along the south line of said quarter, South 89° 54' 11" West a distance of 438.86 feet to a Vester capped rebar at the southwest corner of the east one-third (1/3) of the southeast quarter of the southeast quarter of said section; thence along the west line of said east one-third (1/3), North 00° 35' 54" West a distance of 1333.96 feet to a Vester capped rebar on the south line of the northeast quarter of the southeast quarter of said section; thence along said south line, South 89° 44' 55" West a distance of 882.13 feet to a stone at the southwest corner of said quarter quarter section; thence along the west line of said quarter quarter, North 00° 51' 34" West a distance of 1272.96 feet to a Vester capped rebar on the south line of the County of Tippecanoe property as described in Deed record 93-14569 in the office of the Tippecanoe County Recorder; thence along the south line of said property the following four (4) courses:  (1) North 89° 55' 07" East a distance of 221.42 feet; (2) South 89° 58' 56" East a distance of 154.55 feet; (3) North 87° 09' 19" East a distance of 200.25 feet to a Vester capped rebar; (4) South 89° 58' 56" East a distance of 326.95 feet to a Vester capped rebar on the south line of the County of Tippecanoe property as described in Deed record 94-07925 in the Office of the Tippecanoe County Recorder; thence along said south line, South 84° 17' 02" East a distance of 74.26 feet; thence along said line, South 88° 43' 49" East a distance of 354.46 feet to the point of beginning, containing 52.2738 acres in Section 11 and 72.7265 acres in Section 12, containing 125.0003 acres in all.

## ALSO EXCEPT ALL THAT PORTION OF THE FOLLOWING DESCRIBED TRACT PERTAINING TO PARCEL 3, Tract II, DESCRIBED ABOVE:

**Lots Numbered One (1) and Two (2) in Park 350 Subdivision Section 1 as set forth on the final plat thereof dated April 3, 2008 and recorded April 7, 2008 in Plat OR Book 8, Page 152 as Document No. 200808006379.  Located in Wea Township, Tippecanoe County, Indiana.**

TRACT III
The east half of the Southwest quarter of Section Twelve (12) in Township Twenty-two (22) North, Range Four (4) West, Second Principal Meridian, Wea Township, Tippecanoe County, Indiana, as depicted on a survey by Vester & Assoc., Inc., Job No. E-97018, containing 80.8972 acres.

ALSO,
A part of the East half of the Northwest quarter of Section thirteen (13), Township twenty-two (22) North, Range four (4) West, Second Principal Meridian, Wea Township, Tippecanoe County, Indiana, as depicted on a survey by Vester & Assoc., Inc., Job No. E-97018, more particularly described as follows, to wit:

Beginning at the Northwest corner of the East half of said Northwest quarter of Section 13-22-4, marked

# Advantage Title, Inc.

**250 Main Street**
**Lafayette, IN 47901**
**(765) 420-7730**

File Number: 21040796

by a ¾" rebar with an aluminum cap stamped "Vester & Assoc.", hereinafter referred to as a Vester capped rebar; thence South 00° 40' 08" East a distance of 132.00 feet along the West line of the East half of said quarter section to a Vester capped rebar; thence North 89° 44' 31" East a distance of 693.00 feet parallel with the North line of the East half of said quarter section to a Vester capped rebar; thence North 00° 40' 08" West a distance of 132.00 feet parallel with the West line of the East half of said quarter section to a Vester capped rebar on the North line of the East half of said quarter section; thence South 89° 44' 31" West along said North line to the point of beginning, containing 2.1000 acres.

EXCEPT,

A part of the Southwest Quarter of Section Twelve (12), Township Twenty-two (22) North, Range Four (4) West, Second Principal Meridian, Wea Township, Tippecanoe County, Indiana, being Parcel 3 as depicted on Indiana Dept. of Transportation Plans for Project No. RS-7879(2), as recorded in record 92-24812 in the Office of the Tippecanoe County Recorder on November 13, 1992, also being depicted on a survey by Vester & Assoc., Inc., Job No. E-97018, more particularly described as follows, to wit:

Commencing at the Northeast corner of the Southwest quarter of Section 12-22-4, marked by a ¾ inch rebar; thence North 89° 58' 58" West a distance of 824.58 feet along the North line of said quarter section to the point of beginning of the herein described tract; thence South 00° 01' 02" West a distance of 21.20 feet to a ¾" rebar with an aluminum cap stamped "Vester & Assoc.", hereinafter referred to as a Vester capped rebar; thence South 50° 23' 37" West a distance of 244.88 feet to a Vester capped rebar on the northeasterly right-of-way line of US Highway 52 as depicted on Indiana Department of Transportation Plans for Project No. 74, Section D(5) sheet 13 of 204, on file in the Tippecanoe County Surveyor's Office; thence northwesterly along a non-tangent curve (said curve being concave southwesterly, having a radius of 17284.73 feet, a chord length of 120.677 feet, and a chord bearing of North 41° 57' 01" West) an arc distance of 120.67 feet along said US Highway 52 right-of-way line; thence North 47° 53' 26" East a distance of 65.00 feet along said right-of-way line; thence North 71° 19' 56" East a distance of 70.82 feet along said right-of-way line; thence North 00° 01' 02" East a distance of 21.36 feet to the North line of said quarter section; thence South 89° 58' 58" East a distance of 154.02 feet along said North line to the point of beginning, containing 0.5520 acres.

CONTAINING

2.1000 acres in Section 13-22-4, 80.3452 acres in Section 12-22-4, and containing 82.4452 acres in all.

ALSO EXCEPT

Part of the southwest quarter of Section Twelve (12) in Township Twenty-two (22) North, Range Four (4) West, Wea Township, Tippecanoe County, Indiana, more completely described as follows, to wit:

Commencing at the northwest corner of the southwest quarter of said Section 12-22-4, said point being marked by a Berntsen A1NB monument; thence along the north line of said quarter, South 89° 59' 03" East a distance of 1322.40 feet to the northwest corner of the east half of said southwest quarter; thence along the west line of said half, South 00° 35' 31" East a distance of 45.89 feet to the southwesterly boundary of US 52 and the point of beginning of the herein described tract; thence along said boundary, along a non-tangent curve concave to the southwest, (said curve having a radius of 17144.73 feet, a chord distance of 374.09 feet and a chord bearing of South 42°

# Advantage Title, Inc.
### 250 Main Street
### Lafayette, IN 47901
### (765) 420-7730

File Number: 21040796

08' 25" East) an arc distance of 374.10 feet; thence North 89° 59' 03" West a distance of 248.13 feet to the west line of said half; thence along said line, North 00° 35' 31" West a distance of 277.34 feet to the point of beginning, containing 0.7957 acres.

ALSO EXCEPT,
A part of the southwest quarter of Section 12, Township 22 North, Range 4 West, Wea Township, Tippecanoe County, Indiana, more particularly described as follows:

Beginning at the northeastern corner of the said southwest quarter; thence South 00°-40'-47" East along the eastern line of the said southwest quarter for 1,486.00 feet to the centerline of U.S. Highway 52; thence North 40°-29'-21" West along the said centerline of U.S. Highway 52 for 1,284.38 feet; thence continuing northwestwardly along the sand centerline of U.S. Highway 52 on a curve to the left, said curve having a central angle of 01°-16'-11"; and a radius of 17,214.73 feet, for an arc length of 381.48 feet; thence North 50°-23'-37" East, non-tangent to the preceding curve for 314.93 feet; thence North 00°-01'-02" East for 21.20 feet to the northern line of the said southwest quarter; thence South 89°58'-58" East along the said northern line of the southwest quarter and the approximate centerline of Old County Road 350 south for 824.58 feet to the point of beginning, containing 20.221 acres, more or less.

ALSO EXCEPT,
Part of the east half of the Northwest Quarter of Section 13, Township 22 North, Range 4 West, Wea Township, Tippecanoe County, Indiana, described as follows:

Beginning at a rebar with a cap stamped "Vester & Assoc." at the northwest corner of said half quarter section; thence North 89 degrees 44 minutes 23 seconds East (bearings based on NAD 83(86) coordinates published by the Tippecanoe County Surveyor's Office) along the north line thereof a distance of 693.00 feet to a 5/8 inch rebar with a yellow plastic cap stamped "SCHNEIDER FIRM #0001" marking a northwest corner of a portion of the land described in a deed to Mary Daugherty recorded as Record #09823202 in the Office of the Tippecanoe County Recorder; thence South 00 degrees 40 minutes 14 seconds East along a west line of said land a distance of 132.00 feet to a 5/8 inch rebar with a yellow plastic cap stamped "SCHNEIDER FIRM #0001"; thence South 89 degrees 44 minutes 23 seconds West along a north line of said land a distance of 693.00 feet to a rebar with a cap stamped "Vester & Assoc." on the west line of said east half quarter section; thence North 00 degrees 40 minutes 14 seconds West along said west line a distance of 132.00 feet to the Point of Beginning, containing 2.10 acres, more or less.

PARCEL 4
A part of the Southeast Quarter of Section 11, Township 22 North, Range 4 West, Wea Township, Tippecanoe County, Indiana, described as follows:

Commencing at the northwest corner of said quarter section, said corner being marked by a Berntsen monument; thence South 0 degrees 53 minutes 03 seconds East (bearings based on NAD83(86) data published by the Tippecanoe County Surveyor's Office) a distance of 62.33 feet to a 5/8" rebar with a plastic cap stamped "FISHER P.C. 5092", hereinafter referred to as a Fisher capped rebar, on the south right-of-way of County Road 350 South; thence North 89°-55'-15" East along said south right-of-way a distance of 1296.49 feet to a Fisher capped rebar and the Point of Beginning; thence South 0 degrees 51 minutes 31 seconds East along the west line of a part of the land described in a deed to Wabash Valley

## Advantage Title, Inc.

250 Main Street
Lafayette, IN 47901
(765) 420-7730

File Number: 21040796

Power Association, Inc., as described in Record 9817620 (Exhibit A-1, Page 3 of 5), a distance of 1336.41 feet to a Fisher capped rebar; thence North 89 degrees 54 minutes 59 seconds East along a south line of said land a distance of 390.87 feet; thence North 0 degrees 25 minutes 42 seconds West a distance of 64.44 feet to the south line of the northeast quarter of said quarter section; thence South 89 degrees 44 minutes 49 seconds West along said south line a distance of 356.37 feet to the southwest corner of said quarter-quarter section; thence North 0 degrees 51 minutes 31 seconds West along the west line of said quarter-quarter section a distance of 1273.02 feet to a Vester & Associates capped rebar on said south right-of-way; thence South 89 degrees 55 minutes 15 seconds West along said right of way a distance of 34.98 feet to the Point of Beginning, containing 1.60 acres, more or less.

ALSO EXCEPT ALL THAT PORTION OF THE FOLLOWING DESCRIBED TRACT
PERTAINING TO PARCEL 4, DESCRIBED ABOVE:

Lots Numbered One (1) and Two (2) in Park 350 Subdivision Section 1 as set forth on the final plat thereof dated April 3, 2008 and recorded April 7, 2008 in Plat OR Book 8, Page 152 as Document No. 200808006379. Located in Wea Township, Tippecanoe County, Indiana.

PARCEL 5
Lot Numbered One (1) in Park 350 Subdivision Section 1 as set forth on the final plat thereof dated April 3, 2008 and recorded April 7, 2008 in Plat OR Book 8, Page 152 as Document No. 200808006379. Located in Wea Township, Tippecanoe County, Indiana.

ALSO
Lots Numbered Three (3) and Four (4) in Park 350 Subdivision Section 2 as set forth on the final plat thereof dated July 24, 2009 and recorded August 28, 2009 in Plat Book 8, page 195 as Document No. 200909018905. Located in Wea Township, Tippecanoe County, Indiana.

FormB6B
(10/05)

In re   **The Lafayette Union Railway Company**            Case No. _____

                            Debtor                                           (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account and Certificate of Deposit at CHASE** | | 100,000.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Acct at Lafayette Bank and Trust-operating account** | | 2,000.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Trust account at Ball Eggleston (10,000 less payments recently disbursed)** | | 10,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Form B6B-Cont.
(10/05)

In re    **The Lafayette Union Railway Company**                    Case No. _____
                                                                              (If known)
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |

Form B6B-Cont.
(10/05)

In re    __The Lafayette Union Railway Company_____,    Case No. _____
                                    Debtor                                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. . . . . . . . | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | | **100,000 cubic yards of Compacting material** | | **1,000.00** |
| 35. Other personal property of any kind not already listed. Itemize. | | **Railway right of way** | | **1.00** |

_2_    continuation sheets attached                    Total    |    **$ 113,001.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Official Form 6D (10/06)

In re **The Lafayette Union Railway Company**                                        Case No. _____
                                                                                                                    _____
                                                  **Debtor**                                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  79d02-1002-mf-0004 | | | | | | | 5,800,000.00 | 2,800,000.00 |
| **Lafayette Bank and Trust Tony Albrecht, President 133 N. 4th Street Lafayette IN 47901**  **Jim Schrier Reiling Teder and Schrier PO Box 280 Lafayette IN 47902** | | | **Judgment of Foreclosure 300 acres located at US 52 and 350 S., Lafayette IN, see attached legal description**  **VALUE $3,000,000.00** | | | | | |

_0_     continuation sheets
          attached

                                              Subtotal
                                              (Total of this page)

                                              Total
                                              (Use only on last page)

| | |
|---|---|
| $  5,800,000.00 | $,800,000.00 |
| $  5,800,000.00 | $,800,000.00 |

(Report also on Summary of
Schedules)

(If applicable, report
also on Statistical
Summary of Certain
Liabilities and
Related Data.)

Official Form 6E (10/06)

In re    **The Lafayette Union Railway Company**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**Official Form 6E (10/06) - Cont.**

In re   **The Lafayette Union Railway Company**       ,              **Case No.**                     
                                Debtor                                           (If known)

❏ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❏ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❏ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❏ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❏ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**_2_ continuation sheets attached**

Official Form 6E (10/06) - Cont.

In re  **The Lafayette Union Railway Company**                                    Case No. _____
                                      Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page)  $ 0.00  $ 0.00  $ 0.00

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ 0.00

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ 0.00  $ 0.00

Official Form 6F (10/06)

In re __The Lafayette Union Railway Company__    Case No. _____
               Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |

0   Continuation sheets attached

| | |
|---|---|
| Subtotal | $ 0.00 |
| Total | $ 0.00 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6G
(10/05)

In re:   __The Lafayette Union Railway Company_____,      Case No.   _____
                                Debtor                                                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

Form B6H
(10/05)

In re: **The Lafayette Union Railway Company**                    Case No. _____
                              _____                                        (If known)
                                      Debtor

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN RE:                                                    )
THE LAFAYETTE UNION RAILWAY COMPANY                       )        CASE NO.
                                                          )        CHAPTER 11
                    Debtors                               )

**INCOME AND EXPENSES**
            Norfolk & Southern
                    And cash rent                                  $51,427.00

**EXPENSES**
            Mowing                        ($  1,000.00)
            Real Estate taxes             ($10,688.57)
            Insurance                     ($  5,000.00)
            Legal and bookkeeping         ($24,000.00)
            Accounting                    ($  2,100.00)
                                          ($42,788.57)             ($42,788.57)

                                          NET INCOME                $ 8,638.43

**Official Form 6 - Declaration (10/06)**

In re **The Lafayette Union Railway Company**                                    Case No. _____
_____                                                    (If known)
                        Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Dana Smith**, the **President** of the Corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **12** sheets (total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____ a/17/10 _____                         Signature: _____

                                                                     **Dana Smith President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.